In The United States District Court
For The Northern District Of Illinois, Eastern Division

| | | |
|---|---|---|
| Sarah King, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-2274 |
| | ) | |
| Globe Life and Accident Insurance Company, | ) | Plaintiff requests a jury trial |
| | ) | |
|     Defendant. | ) | |

# Complaint

Plaintiff Sarah King brings her Complaint against the Defendant, Globe Life and Accident Insurance Company, and states the following:

## Nature of the Case

1. This is an action on a life insurance contract to collect the death benefit ($100,000) and the accidental death benefit ($25,000). The beneficiary under the contract is Plaintiff Sarah King. The insurance contract was fully formed before the shooting death of the insured, Jamail Allen King, on October 3, 2014, at 3:04 a.m.. However, the insurance company, Defendant Globe Life, has refused to pay Plaintiff the benefits under the policy, contending that the insurance certificate was not issued by the company until approximately 4:00 p.m., after Jamail had expired.

## The Parties

2. Plaintiff Sarah King resides and is domiciled at 10778 South Peoria Street, Chicago, Illinois 60643. She is a citizen of Illinois.

3. Defendant Globe Life and Accident Insurance Company is a Nebraska corporation with its principal place of operations in Oklahoma City, Oklahoma, and

with its executive offices in McKinney, Texas. Globe Life is a citizen of Nebraska and either Oklahoma or Texas. It solicits and sells life insurance nationwide, including to residents of Illinois.

## Jurisdiction and Venue

4. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a)(1) because Sarah King and Globe Life are citizens of different States, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Venue in this district is appropriate under 28 U.S.C. §1391(b)(1) because Globe Life's contacts with the district in soliciting and selling insurance are sufficient to subject it to personal jurisdiction here, making it a resident of this district under 28 U.S.C. §1391(d).

## Claim for policy benefits and for insurance bad faith

6. On September 10, 2014, Jamail Allen King applied for life insurance from Globe Life in the amount of $100,000 with additional accidental death coverage in the amount of $25,000. The proposed beneficiary was Sarah M. King, Jamail's grandmother. Jamail's enrollment form is attached hereto as Exhibit A.

7. The enrollment form provides that the insurance "will become effective on the date this enrollment form is approved by the Company during the lifetime of the insured."

8. In late September, 2014, Globe Life called the King residence and informed the King family that Jamail's enrollment form had been approved and that the policy would be mailed in a few days.

9. Globe Life prepared and mailed Jamail's insurance certificate, accidental death benefit rider, and other policy forms attached hereto as Exhibit B, which provide that the insurance became effective on October 3, 2014 without stating an hour of the day.

10. It is a custom and practice in the insurance industry that, when an hour of the day is not stated in an insurance document, the effective time is 12:01 a.m.

11. Jamail was a victim of gun violence on October 2, 2014, and he died the next day at 3:04 a.m.

12. Plaintiff Sarah King, as beneficiary of the insurance, requested payment of the insurance benefits from Globe Life, but Globe Life refused.

13. Globe Life takes the position it has no insurance obligation because the certificate was not issued until approximately 4:00 p.m. on October 3, 2014, after Jamail had already expired.

14. Globe Life's refusal to pay the insurance proceeds is a breach of the insurance contract, which was formed upon approval of Jamail's enrollment form in late September, 2014. Moreover, the contract was memorialized in a document dated October 3, 2014 which became effective at 12:01 a.m.

15. Globe Life's refusal to pay the insurance benefits is vexatious, unreasonable, and made in bad faith.

WHEREFORE, Plaintiff Sarah King asks for judgment against Globe Life and Accident Insurance Company in the amount of $125,000, plus punitive

damages, attorney's fees, or such other extracontractual relief as may be available for Globe Life's bad faith refusal to pay, plus interest, and costs.

Respectfully submitted,
Sarah King, Plaintiff

By: /s/ James T. Nyeste
      Her attorney

James T. Nyeste
Attorney at Law
820 Davis Street, Ste. 504E
Evanston, Illinois 60201
jnyeste@coveragelaw.com
847-242-0601

# EXHIBIT A

| Proposed Insured Name (First, M.I., Last) Please Print | Date of Birth (Required) | | Amount of Insurance (Check One) |
|---|---|---|---|
| Jamail Allen King | 8/1/95 mm dd yy | ☒ Male ☐ Female | ☐ $5,000 ☐ $10,000 ☐ $20,000 ☐ $30,000 ☐ $50,000 ☐ $75,000 ☒ $100,000 |

Address 10778 So Peoria St  Apt. House
City Chicago  State IL  Zip 60643
Telephone (312) 719-3530  E-mail Address _____
(Telephone and E-mail Address for Customer Service Use Only)

| Beneficiary Name (Please Print) | Relationship to Proposed Insured (Please Print) |
|---|---|
| Sarah M. King | Grandmother |

Please answer the following questions. A "yes" response does not automatically make you ineligible for coverage.

0. 700 18838813 AGKESLGALT 7663     YES  NO

1. Is the Proposed Insured currently disabled due to illness, confined to a hospital or nursing facility, or does the Proposed Insured require the use of a wheelchair? .............  ☐  ☒

2. In the past 3 years, has the Proposed Insured had or been treated for:
   (a) Cancer, coronary artery disease, or any disease or disorder of the heart, brain or liver? ............................................................................................................  ☐  ☒
   (b) Chronic kidney disease or kidney failure, muscular disease, mental or nervous disorder, chronic obstructive lung disease, drug or alcohol abuse, or hospitalized for diabetes? .............................................................................................................  ☐  ☒
   (c) Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC) or test results indicating exposure to the Acquired Immune Deficiency Syndrome virus? ..................................................................................................  ☐  ☒

3. Does the Proposed Insured have any chronic illness or condition which requires periodic medical care or may require future surgery? .....................................................  ☐  ☒

4. Does the Proposed Insured intend to replace or change any existing life insurance policies or annuities in connection with this enrollment? ................................................  ☐  ☒
   If yes, list company name: _____

**AUTHORIZATION**

I am enclosing the initial premium and understand the insurance applied for will become effective on the date this enrollment form is approved by the Company during the lifetime of the insured. Should the enrollment form be declined, the amount paid will be refunded. I hereby authorize MIB, Inc., if it has any records of me or my health, and any pharmacy or pharmacy benefits manager that possesses prescription history about me, to give any and all such information to Globe Life And Accident Insurance Company. Health information obtained will not be re-disclosed without my authorization unless permitted by law, in which case it may not be protected under federal privacy rules. This authorization shall be valid for two years from this date and may be revoked by sending written notice to Globe Life And Accident Insurance Company. I acknowledge receipt of the MIB, Inc. Pre-Notice. A photographic copy of this authorization will be as valid as the original.

YES! I want additional Accidental Death coverage in the amount of: (For ages 18-69, please check one.)
☒ $25,000 for $2.50 more per month    ☐ $50,000 for $5.00 more per month
☐ $100,000 for $10.00 more per month   ☐ $150,000 for $15.00 more per month

DATE 9/10, 2014    X Jamail Allen King
APPLICANT – OWNER SIGNATURE / RELATIONSHIP TO PROPOSED INSURED

This enrollment with check or cash should be mailed in the return envelope enclosed. Make check payable to Globe Life And Accident Insurance Company.
7663

AGKESLGALS #0709 1152 1474

# EXHIBIT B



# This is your Globe Life coverage. Read carefully.

```
00-6W45316
Jamail King
10778 S Peoria St
Chicago IL 60643
```



Dear Certificate Owner:

Congratulations! Jamail A King is now one of over 3.8 million Americans whose life insurance is with Globe Life And Accident Insurance Company. We are issuing coverage to you based upon your request for $100,000 of life insurance and $25,000 of accidental death coverage. Please review your certificate for full details regarding each type of coverage.

You have already paid the introductory premium for the first month. You will receive a statement for your second premium payment within the next few days. Be sure to make this second payment on time.

Now that your certificate has been delivered, it's good until the first certificate anniversary after your 90th birthday -- as long as the premiums are paid when due.

This low cost plan does not include any extra charges for cash values. This means you are buying maximum insurance protection for your premium dollars.

Please take a moment and verify the enrollment form information you provided. You'll find a copy of the enrollment form at the back of your certificate. If everything is correct, sign your enrollment form and put this certificate in a safe place. If any information is wrong, please correct, sign, and return the corrected form or call (972) 540-6542 and ask one of our customer service representatives for assistance, or e-mail us at cs@globelifeins.com.

You have joined millions of other Americans who rely on Globe's strength, integrity and personal service. Thank you for entrusting Globe with this important part of your financial planning.

Very truly yours,

Charles F. Hudson
President And Chief Executive Officer

P.S. Help us help you. Always give us your certificate number when making changes or requesting information. You'll find your certificate number on the first page of your certificate.

Beneficiary Designated is:
Sarah M King

00-6W45316
Jamail King
10778 S Peoria St
Chicago IL 60643

## GLOBE LIFE AND ACCIDENT INSURANCE COMPANY

### Privacy Policy
Globe Life And Accident Insurance Company cares about protecting its policyholders' privacy. In the process of providing the products and services you requested, we will collect, use and share certain information you provided. This Privacy Policy explains what information we collect and how we use that information. The policy also explains how we protect the security and confidentiality of your information.

### Collection of Information
We collect and retain the information necessary for us to provide the products and services you requested. In that process we may collect non-public information from you as a result of: your completion of an insurance application or other forms; your transactions and experience with us; or from a consumer reporting agency such as the Medical Information Bureau.

### Confidentiality of Information
We do not disclose any non-public information about you, either during or after your relationship with us, to anyone, except as permitted by law, such as to your authorized representative, or in order to provide the products and services you requested, or to comply with applicable laws or regulations.

### Internal Protection of Information
We restrict access to non-public personal information about you to those employees who need to know that information to provide the products and services you requested. We maintain physical, electronic and procedural safeguards to comply with federal regulations to guard this information.

### Disclosure of Our Privacy Policy
We are sending you this Notice for informational purposes and may amend this Privacy Policy at any time and will update it as required. We also post our current privacy notice at our website: www.globeontheweb.com.

F3316

## PRESCRIPTION DRUG HISTORY
Our decision may have been made in whole or in part on a prescription report we obtained from Milliman. The decision was not Milliman's, and cannot be explained by them. You may request a free copy of this report from Milliman within 90 days (15800 Bluemound Rd., Ste. 400, Brookfield, WI 53005 or 877-211-4816). You may dispute any report information with Milliman.

GLPRIVI

## GLOBE LIFE AND ACCIDENT INSURANCE COMPANY

A Legal Reserve Stock Company * Globe Life Center * Oklahoma City, Oklahoma 73184

### GROUP RENEWABLE TERM LIFE INSURANCE POLICY

Globe Life And Accident Insurance Company certifies that it has issued Group Policy GRTG, and that the person named in this certificate is insured, subject to the terms and conditions of the Group Policy.

### DEATH BENEFIT PAYABLE

We will pay the proceeds of this certificate to the Beneficiary when We receive due proof that the Insured's death occurred while this certificate was in force.

### 30 DAY RIGHT TO EXAMINE CERTIFICATE

Please examine Your certificate carefully. Within 30 days after this certificate is first received, it may be returned to Us. If returned, the certificate will be as though it had never been issued. Any premiums paid will be returned.

### THIS IS A LEGAL CONTRACT – READ YOUR CERTIFICATE CAREFULLY

In this certificate:
Insured -- means an eligible person who is named in the Certificate Specifications.
You, Your -- means the Owner of the Certificate.
We, Us, Our -- means Globe Life And Accident Insurance Company.
Age -- means age on the last birthday of the Insured.

Signed for Globe Life And Accident Insurance Company at Oklahoma City, Oklahoma.

*Parry M Hutchison*  *Charles F. Hudson*
Secretary            President

PLEASE READ – The basis for this certificate is the information in the enrollment form. Incorrect information in the enrollment form could void the certificate or cause an otherwise valid claim to be denied. Advise Us immediately if any information is wrong or if any past medical history has been left out.

### CERTIFICATE SPECIFICATIONS

| | |
|---|---|
| GROUP POLICY NUMBER: | GRTG-1 |
| HOLDER: | GLOBE FAMILY SERVICES TRUST |
| INSURED: | Jamail A King |
| CERTIFICATE NUMBER: | 00-6W45316 |
| CERTIFICATE EFFECTIVE DATE: | OCTOBER 03, 2014 |
| ISSUE AGE AND SEX: | 19 MALE |
| PREMIUM CLASS: | STANDARD |
| AMOUNT OF INSURANCE: | $100,000 |
| REINSTATEMENT INTEREST RATE: | 6.00% |

BENEFICIARY: AS STATED IN THE ENROLLMENT FORM, UNLESS SUBSEQUENTLY CHANGED BY THE CERTIFICATE HOLDER.

SEE RIDER FOR THE AMOUNT OF ACCIDENTAL DEATH COVERAGE

GROUP RENEWABLE TERM LIFE INSURANCE POLICY – Renewable and Convertible for the periods shown on Page 2 – Premiums Payable as shown on Page 2 – Amount of Insurance Payable as shown on Page 2 – Non-Participating – No Dividends are paid.

# BENEFIT AND PREMIUM SCHEDULE

| | |
|---|---|
| DESCRIPTION OF BENEFITS: | RENEWABLE TERM TO AGE 90 |
| END OF INITIAL TERM PERIOD: | OCTOBER 03, 2016 |
| RENEWAL TERM PERIOD: | 5 YEARS |
| END OF CONVERSION PERIOD: | OCTOBER 03, 2060 |
| AMOUNT OF INSURANCE: | $100,000 |
| METHOD OF PAYMENT ELECTED: | MONTHLY |

PREMIUMS: (INCLUDES THE COST OF ACCIDENTAL DEATH COVERAGE)

| PREMIUM PERIOD BEGINNING | MONTHLY PREMIUM |
|---|---|
| OCTOBER 03, 2014 | $1.00 |
| NOVEMBER 03, 2014 | $26.33 |
| OCTOBER 03, 2016 | $33.28 |
| OCTOBER 03, 2021 | $40.03 |
| OCTOBER 03, 2026 | $46.98 |
| OCTOBER 03, 2031 | $57.31 |
| OCTOBER 03, 2036 | $71.02 |
| OCTOBER 03, 2041 | $88.05 |
| OCTOBER 03, 2046 | $110.14 |
| OCTOBER 03, 2051 | $162.45 |
| OCTOBER 03, 2056 | $236.32 |
| OCTOBER 03, 2061 | $313.09 |
| OCTOBER 03, 2066 | $453.94 |
| OCTOBER 03, 2071 | $757.00 |
| OCTOBER 03, 2076 | $1,086.49 |
| OCTOBER 03, 2081 | $1,594.99 |
| OCTOBER 03, 2085 | END OF RENEWAL PERIOD |

## TABLE OF CONTENTS

| | Page | | Page |
|---|---|---|---|
| Certificate Specifications | 1 | Renewal | 3 |
| Benefit and Premium Schedule | 2 | Conversion | 3 |
| Amount of Proceeds | 3 | General Provisions | 3 |
| Owner and Beneficiary | 3 | Payment of Proceeds | 3 |
| Premiums and Reinstatement | 3 | | |

## AMOUNT OF PROCEEDS

The proceeds payable at the death of the Insured will be: (a) the Amount of Insurance provided by this certificate on the date of death of the Insured; less (b) the portion of any premium due and unpaid which applies to a period prior to the date of death of the Insured.

## OWNER AND BENEFICIARY

RIGHTS OF THE OWNER -- This certificate belongs to You, the Owner. Unless You provide otherwise, you may receive all benefits and exercise all rights granted by this certificate during the Insured's lifetime.

BENEFICIARY -- If no named Beneficiary survives the Insured, the proceeds will be paid to the Owner, if living; otherwise to the Owner's estate.

CHANGE IN CERTIFICATE OWNER AND BENEFICIARY -- Unless You provide otherwise in writing to Us, you may change the Owner or Beneficiary during the lifetime of the Insured. Changes must be made by written request filed with Us. The change will take effect on the date the request was signed, but it will not apply to payments made by Us before We accept the request in writing.

ASSIGNMENT -- You may assign this certificate. However, no assignment will bind Us until it is filed in writing at Our Home Office. When it is filed, Your rights and the rights of any Beneficiary will be subject to it. We will not be responsible for the validity of any assignment.

## GLOBE LIFE AND ACCIDENT INSURANCE COMPANY
GLOBE LIFE CENTER * OKLAHOMA CITY, OKLAHOMA 73184
ACCIDENT DEATH BENEFIT RIDER

Forming a part of the Policy or Certificate to which it is attached

Effective the date shown below (or the Date of Issue of the policy or certificate), We have issued this rider for Your policy or certificate. Please keep this agreement with Your policy or certificate number as shown.

INSURED: JAMAIL A KING  
POLICY OR CERTIFICATE NO: 00-6W45316  
DATE OF ISSUE: 10/03/14  
ACCIDENTAL DEATH BENEFIT: $25,000  
ANNUAL PREMIUM OF RIDER: ** SEE NOTE BELOW  
POLICY EXPIRES AT AGE: 90  

** PREMIUM OF RIDER IS INCLUDED IN THE CERTIFICATE BENEFIT AND PREMIUM SCHEDULE

ACCIDENTAL DEATH BENEFIT: We agree to pay the Beneficiary the Accidental Death Benefit stated above if both:
1. This rider is in force,
2. We receive due proof of the Insured's Accidental Death at Our Administrative Offices in Oklahoma City, Oklahoma.

Such payment is subject to the provisions of this rider. Accidental Death Benefits are in addition to other sums due under the policy or certificate. Benefits will decrease by 50% on the policy or certificate Anniversary following the Insured's 70th birthday with no change in premium.

DEFINITION OF ACCIDENTAL DEATH: Accidental Death means death:
1. As a direct result of bodily injury; and
2. Within 90 days of such injury; and
3. Which is not a result of the listed exclusions:
    (a) Disease, sickness, bodily infirmity, unless resulting from accidental bodily injury;
    (b) Suicide or intentionally self inflicted injury, or any attempt there at, while sane or insane (reference to insane not applicable in Missouri);
    (c) Being under the influence of any drug, narcotic, or controlled substance unless taken or used as prescribed by a physician or in accordance to label instructions from over the counter medication when used;
    (d) Voluntary gas inhalation, or poison voluntarily taken, absorbed, inhaled or injected;
    (e) Being under the influence of alcohol (having a blood alcohol of .08 percent weight by volume or higher;
    (f) Air travel except as a fare paying passenger on a regularly scheduled commercial flight;
    (g) Voluntarily taking part in a riot, insurrection, armed conflict, or terrorist act;
    (h) Participation in a felony, riot or insurrection or attempting to commit an assault, or an attempted commission of a felony;
    (i) Service in the military, naval or air services of any country (combat or training exercises);
    (j) War, or act of war, whether declared or not; or

AUTOPSY: We may ask for an autopsy unless prohibited by law. We will pay for the autopsy.

NONPARTICIPATING: This contract does not participate in Our surplus or earnings.

**TERMINATION OF RIDER:** This rider will end without notice when the first of these occurs:

1. The attached policy or certificate is surrendered, or lapsed or expires.
2. You do not pay the premium for the attached policy or certificate or for this rider when due or within the grace period.
3. The attached policy or certificate expires at age shown above.
4. You convert the attached policy or certificate.
5. You ask Us in writing to cancel this rider and send the policy or certificate for endorsement. You must make the request within 31 days after a premium due date.

**PAYMENT OF PREMIUMS:** The Annual premium for this rider is shown either above or in the policy or certificate Specifications. The consideration for this rider is the attached application, if any, and the first premium. The premiums for this rider do not increase any guaranteed values in the attached policy or certificate.

**EFFECTIVE DATE:** This rider is effective from the Date of Issue of the attached policy or certificate unless stated otherwise above.

*Pary M Hutchison*
**Secretary**

*Charles F. Hudson*
**President**

GT_ADR10

GLADR10002

# GLOBE LIFE AND ACCIDENT INSURANCE COMPANY

Globe Life Center * Oklahoma City, Oklahoma 73184

### EXTENDED TERM INSURANCE RIDER

This Rider amends and is made a part of the certificate to which it is attached. It is subject to all provisions, conditions, exclusions and limitations of the certificate which are not in conflict with this rider.

NONPAYMENT OF PREMIUM: If a premium is not paid by the end of the grace period, the certificate will lapse as of the due date of the overdue premium. All insurance will terminate at the time of lapse unless the certificateholder qualifies for EXTENDED TERM INSURANCE. The certificateholder qualifies for such if:

1) the certificateholder has an attained age of 65 or older on the due date of the overdue premium, and
2) the certificate for which premiums are due has been in effect for at least ten years as of the due date of the overdue premium.

The length of the EXTENDED TERM INSURANCE will be one year from the due date of the overdue premium. The amount of the Extended Term Insurance will be the amount of insurance of the attached certificate.

*Parry M Hutcheon*  
Secretary

*Charles F. Hudson*  
President

## NOTICE REGARDING REPLACEMENT
## REPLACING YOUR LIFE INSURANCE POLICY OR ANNUITY?

Are you thinking about buying a new life insurance policy or annuity and discontinuing or changing an existing one? If you are, your decision could be a good one—or a mistake. You will not know for sure unless you make a careful comparison of your existing benefits and the proposed policy or contract's benefits.

Make sure you understand the facts. You should ask the company or agent that sold you your existing policy or contract to give you information about it.

Hear both sides before you decide. This way you can be sure you are making a decision that is in your best interest.

GREPB

# NOTICE OF PROTECTION PROVIDED BY
# ILLINOIS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION

This notice provides a brief summary of the Illinois Life and Health Insurance Guaranty Association (the Association) and the protection it provides for policyholders. This safety net was created under Illinois law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your life, annuity or health insurance company becomes financially unable to meet its obligations and is taken over by its Insurance Department. If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Illinois law, with funding from assessments paid by other insurance companies.

The basic protections provided by the Association are:
* Life Insurance
  * $300,000 in death benefits
  * $100,000 in cash surrender or withdrawal values
* Health Insurance
  * $500,000 in hospital, medical and surgical insurance benefits *
  * $300,000 in disability income insurance benefits
  * $300,000 in long-term care insurance benefits
  * $100,000 in other types of health insurance benefits
* Annuities
  * $250,000 in withdrawal and cash values

* The maximum amount of protection for each individual, regardless of the number of policies or contracts, is $300,000, except special rules apply with regard to hospital, medical and surgical insurance benefits for which the maximum amount of protections is $500,000.

NOTE: Certain policies and contracts may not be covered or fully covered. For example, coverage does not extend to any portion(s) of a policy or contract that the insurer does not guarantee, such as certain investment additions to the account value of a variable life insurance policy or a variable annuity contract. There are also residency requirements and other limitations under Illinois law.

To learn more about the above protections, as well as protections relating to group contracts or retirement plans, please visit the Association's web site at www.ilhiga.org or contact:

> Illinois Life and Health Insurance Guaranty Association
> 8420 West Bryn Mawr Avenue, Suite 550
> Chicago, Illinois 60631 – 3404
> (773) 714-8050
>
> Illinois Department of Insurance
> 4th Floor
> 320 West Washington Street
> Springfield, Illinois 62767
> (217) 782-4515

(please turn to back of page)

GN122A

Insurance companies and agents are not allowed by Illinois law to use the existence of the Association or its coverage to encourage you to purchase any form of insurance. When selecting an insurance company, you should not rely on Association coverage. If there is any inconsistency between this notice and Illinois law, then Illinois law will control.

Revised 09/11

GN122B

UNDERWRITTEN BY GLOBE LIFE AND ACCIDENT INSURANCE COMPANY * OKLAHOMA CITY, OK

(PLEASE PRINT) ENROLLMENT FOR [X] $100,000 LIFE INSURANCE

Name _____Jamail A King_____ Sex M [X] F [ ] Birthdate __09/01/95__
Street Address __10778 S Peoria St__ Tele. Number __(312) 719-3530__
City __Chicago__ State __IL__ Zip Code __60643__
Name of Beneficiary __Sarah M King__ Relationship __Grandparents__
E-Mail Address _____

Please answer the following questions. A "yes" response does not automatically make you ineligible for coverage.

|  | YES | NO |
|---|---|---|
| 1. Is the Proposed Insured currently disabled due to illness, confined to a hospital, nursing facility or does the Proposed Insured require the use of a wheelchair? |  | X |
| 2. In the past 3 years, has the Proposed Insured had or been treated for: |  |  |
| (a) Cancer, coronary artery disease, or any disease or disorder of the heart, brain or liver? |  | X |
| (b) Chronic kidney disease or kidney failure, muscular disease, mental or nervous disorder, chronic obstructive lung disease, drug or alcohol abuse, or hospitalized for diabetes? |  | X |
| (c) Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), or test results indicating exposure to the Acquired Immune Deficiency Syndrome virus? |  | X |
| 3. Does the Proposed Insured have any chronic illness or condition which requires periodic medical care or may require future surgery? |  | X |
| 4. Does the Proposed Insured intend to replace or change any existing life insurance policies or annuities in connection with this enrollment? |  | X |

If yes, list company name: _____

AUTHORIZATION: I am enclosing the initial premium and understand the insurance applied for will become effective on the date this enrollment form is approved by the Company during the lifetime of the insured. Should the enrollment form be declined, the amount paid will be refunded. I hereby authorize MIB, Inc., if it has any records of me or my health, and any pharmacy or pharmacy benefits manager that possesses prescription history about me, to give any and all such information to Globe Life And Accident Insurance Company. Health information obtained will not be re-disclosed without my authorization unless permitted by law, in which case it may not be protected under federal privacy rules. This authorization shall be valid for two years from this date and may be revoked by sending written notice to Globe Life And Accident Insurance Company. I acknowledge receipt of the MIB, Inc. Pre-Notice. A photographic copy of this authorization will be as valid as the original.

YES! I WANT ADDITIONAL ACCIDENTAL DEATH COVERAGE IN THE AMOUNT OF: [X] $25,000

Date __09/10/14__

APPLICANT – OWNER SIGNATURE / RELATIONSHIP TO PROPOSED INSURED

This enrollment with check or cash should be mailed in the return envelope enclosed. Make check payable to Globe Life And Accident Insurance Company.

7663